HANSFORD *v.* UNITED STATES.

No. 826, Misc.   Decided June 30, 1958.

Petitioner *pro se.*

*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the United States Court of Appeals for the District of Columbia Circuit is vacated and the case is remanded to that court for consideration in light of *Ellis* v. *United States,* 356 U. S. 674.   It is ordered that the judgment in this case issue forthwith.